**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-4384**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DOUGLAS L. GOSNELL, JR.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-94-382-A, CR-94-434-A)

———————

Submitted: April 16, 1998          Decided: April 28, 1998

———————

Before WILKINS and HAMILTON, Circuit Judge, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas L. Gosnell, Jr., Appellant Pro Se. Robert William Wiechering, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting in part and denying in part his petition to modify the terms of his supervised release pursuant to 18 U.S.C.A. § 3583 (e)(1) (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Gosnell, Nos. CR-94-382-A; CR-94-434-A (E.D. Va. May 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED